**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No.  1:22-cv-8231-LGS

- against -

BURLAP AND BARREL, INC.,

Defendant.

-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Burlap and Barrel, Inc.

Dated: Scarsdale, New York
       November 22, 2022

So Ordered.

Dated: November 23, 2022
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: *[signature]*
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com